UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY V. HUTCHINS,

                Plaintiff,

-against-

D.H.S., ET AL.,

                Defendants.

21-CV-1221 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 11, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 19, 2021
           New York, New York

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                      U.S.D.J.